AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00037 |
| KEVIN JAMES LYONS | ) Assigned to: Judge Zia M. Faruqui |
|  | ) Assigned Date: 1/12/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KEVIN JAMES LYONS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. § 5104(e)(2)(C) and (D)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/12/2021

2021.01.12
17:30:18 -05'00'

*Issuing officer's signature*

City and state: WASHINGTON, D.C.

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1/12/21, and the person was arrested on *(date)* 1/13/21
at *(city and state)*

Date:

*Arresting officer's signature*

MEC FIGUEROA
*Printed name and title*