AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 21-cr-79 |
| KEVIN JAMES LYONS | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KEVIN JAMES LYONS

Date: 02/05/2021

*Attorney's signature*

Lawrence Wolf Levin, 180117
*Printed name and bar number*
214 W. Ohio Street, 5th Floor
Chicago, Illinos 60654

*Address*

LwlWolfLaw@gmail.com
*E-mail address*

(312) 236-7543
*Telephone number*

(312) 640-1244
*FAX number*