AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia
Washington, D.C. 20001

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>KEVIN J. LYONS<br>*Defendant* | )<br>)<br>) Case No. 21 CR 79<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KEVIN J. LYONS

Date: 04/08/2021

*Attorney's signature*

LAWRENCE WOLF LEVIN 1634062
*Printed name and bar number*
214 W. OHIO STREET, 5TH FLOOR
CHICAGO, ILLINOIS 60654

*Address*

LwlWolfLaw@gmail.com
*E-mail address*

(312) 236-7543
*Telephone number*

(312) 640-1244
*FAX number*