NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number  **21 MJ 37**

**KEVIN JAMES LYONS**
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA    ☒ RETAINED    ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Lawrence Wolf Levin, 1634062
(Attorney & Bar ID Number)

Law Offices of Lawrence Wolf Levin
(Firm Name)

214 W. Ohio St., 5th Floor
(Street Address)

Chicago,    Illinois    60654
(City)    (State)    (Zip)

(312) 236-7543
(Telephone Number)