|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KEVIN JAMES LYONS,<br><br>Defendant. | NO. CR21-79 BAH<br><br>NOTICE OF APPEARANCE |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its undersigned counsel, Channing D. Phillips, the Acting United States Attorney for the District of Columbia, hereby provides this notice of substitution of counsel. Specifically, Assistant United States Attorney Monica A. Stump will serve as lead counsel in place of Assistant United States Attorney Nicole L. Battle.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No.415793

*s/ Monica A. Stump*
MONICA A. STUMP
PA Bar No. 90168
Assistant United States Attorney
District of Columbia
Capitol Riot Detailee
555 4th Street, NW,
Washington, D.C. 20530
Telephone No. (618) 622-3860
Monica.stump@usdoj.gov

Notice of Substitution of Counsel - 1

**CERTIFICATE OF SERVICE**

On this 13th day of April 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*s/ Monica A. Stump*
MONICA A. STUMP
PA Bar No. 90168
Assistant United States Attorney
District of Columbia
Capitol Riot Detailee
555 4th Street, NW,
Washington, D.C. 20530
Telephone No. (618) 622-3860
Monica.stump@usdoj.gov

Notice of Substitution of Counsel - 2