

U.S. Department of Justice

CHANNING D. PHILLIPS
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

May 4, 2021

**VIA EMAIL**

Lawrence Wolf Levin
Law Office of Lawrence Wolf Levin

    Re:    *United States v. Lyons*
            Case No. 21-cr-79-BAH

Dear Mr. Levin:

    This is to memorialize the following preliminary discovery sent you via email **on May 4, 2021** via USAFX which contained the following materials:

| | |
|---|---|
| Serial 1 | Case Initiation |
| Serial 2 | Report of interview of K. Lyons |
| Serial 2_1A_01-05 | Photographs Speaker of the House, group screen shot, interview notes, K. Lyons 1 image, and K. Lyons 2 image |
| Serial 3 | K. Lyons Youtube video links |
| Serial 3_1A_02-1 and 03-1 | Youtube videos |
| Serial 4 and 1A_01 through 05 | Report documenting thumb drive discovery and five photographs of thumb drive |
| Serial 5 and 1A 02_01 through 02_04 | Arrest warrant, complaint, statement of facts, arrest warrant, and complaint redacted |
| Serial 6 and 1A_03_01 through 03_04 | Arrest Log (1/13/2021), Lyons DNA, Lyons BOP, Lyons USMS, and Lyons_processing forms |
| Serial 7 | Removal of warrant |
| Serial 8, 1A_013_01 through _04, and 1A_014_01 | Arrest of Lyons, statement of facts, complaint, arrest warrant, complaint redacted and BOP memo |
| Serial 9 | Warrants for person, cars, and house |

| Serial 11, 1A_07_01, 08_01, 09_01, 1A_012_01 through 012_03 | Search warrant report, casebook, FD-597, sketch, Ford photo log, photo log, and Chevy photo log |
|---|---|
| Serial 12 and 13 | Lists of seized items |
| Serial 14 | File System Extraction |
| Serial 15 | Hard Drive of Cell Phones |
| Serial 16 and 1A_06_01 | Cell Phone extraction analysis (Samsung) and seized information |
| Serial 17_1A_08_03 | Social media video |
| Serial 19 and 1A_10_01 | Criminal history records; |
| Serial 21 and 21_Import (**SENSITIVE**): | Records check on defendant, including addresses associated |
| Serial 22_1A_0615_01 through 07, 0615_09, 0615_010, and 0615_012 (**SENSITIVE**) through 0615_018 | Images and screenshots related to K. Lyons on social media |
| Serial 23 | Notes entered |
| Serial 24 | Serials 1-22 |
| Serial 25 | Derivative Evidence |
| Serial 27 and 1A_04_01 through 04_04 | Form letter for entering warrant, arrest warrant. Complaint, complaint redacted and statement of facts<br>Video Clips 20210106_141309.mp4 and 20210106_140937.mp4 from Lyons' phone |

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

This material is subject to the terms of the Protective Order issued in this case.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to

light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

/s/ *Monica A. Stump*
Monica A. Stump
Assistant United States Attorney

Enclosure(s)