UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 21-cr-00079-BAH |
| v. | : | |
| KEVIN JAMES LYONS, | : | |
| Defendant. | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its June 7, 2021, discovery letter, memorializing discovery sent on this same day, which is served as an attachment via ECF on counsel for Defendant.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    Acting United States Attorney
    D.C. Bar No. 415793

    By: *s/ Monica A. Stump*
    MONICA A. STUMP
    PA Bar No. 90168
    Assistant United States Attorney
    District of Columbia
    Capitol Riot Detailee
    555 4th Street, NW,
    Washington, D.C. 20530
    Telephone No. (618) 622-3860
    Monica.stump@usdoj.gov