

U.S. Department of Justice

CHANNING D. PHILLIPS
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

June 7, 2021

**VIA EMAIL**

Lawrence Wolf Levin
Law Office of Lawrence Wolf Levin

    Re:    *United States v. Lyons*
            Case No. 21-cr-79-BAH
            Discovery Letter No. 2

Dear Mr. Levin:

    This is to memorialize the following preliminary discovery sent you **on May 25, 2021, June 2, 2021,** and **June 7, 2021,** via USAFX which contained the following materials:

    20210106_142705.mp4
    20210106_144426.mp4
    20210106_143842.mp4
    Search Warrant Photographs (247 photographs)
    21M11 - House_1 HIGHLY SENSITIVE
    21M12 - Vehicle 1_1 HIGHLY SENSITIVE
    21M13 - Vehicle 2_1 HIGHLY SENSITIVE
    21M14 - Person_1 HIGHLY SENSITIVE
    Report of stolen wallet_Redacted
    Serial GJ 02 SENSITIVE
    02_1A_01_02 through 1A_01_04 SENSITIVE
    _Facebook Case #6037343_SENSITIVE
    Serial 9_1A_04_01 through 1A_04_04

    Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips.   The government is working to develop a system that will

facilitate access to these materials.  In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

This material is subject to the terms of the Protective Order issued in this case.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16.  I will provide timely disclosure if any such material comes to light.  Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries.  I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial.  *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975).  I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules.  Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

Sincerely,

/s/ *Monica A. Stump*
Monica A. Stump
Assistant United States Attorney


Enclosure(s)