

U.S. Department of Justice

CHANNING D. PHILLIPS
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 12, 2021

**VIA EMAIL**

Lawrence Wolf Levin
Law Office of Lawrence Wolf Levin

Re:     *United States v. Lyons*
          Case No. 21-cr-79-BAH
          Discovery Letter No. 3

Dear Mr. Levin:

        This is to memorialize the following preliminary discovery sent you on **June 8, 2021, June 30, 2021, July 3, 2021,** and **July 9, 2021,** via USAFX which contained the following materials:

        Contents of Lyons' Work Phone – Serial 16_1A_07_01
        Contents of Lyons' Personal Phone Samsung 10
        Contents of Lyons' Garmin 1B_19
        Video clip entitled TheResistance.video long
        Report of tipster information-- Serials 26 and 1A_01943 Redacted
        Opening document, Serial 20,
        Tipster information Serials 22 and 22 1A_0615_11 Redacted
        Interview of Witness saw Lyons carrying framed photograph --Serial 38 Redacted
        Report of search for Lyons within the Capitol Grounds marked as Serial 17_1A_08_01
        and 02 Redacted
        Tipster information -- Intake 297_Redacted
        Lead report -- Lead 291_Redacted
        Police report containing stolen items from Speaker of House Nancy Pelosi's Office--
        HIGHLY SENSITIVE
        Photograph 20210106_155641, which depicts Lyons holding a framed photograph
        Photographs of clothing seized from Kevin Lyons' home, including a Green Sweatshirt
        (1), a Blue Sweatshirt (2 pictures), and an American flag cloth (marked Pic 1)

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips.   The government is working to develop a system that will facilitate access to these materials.  In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

This material is subject to the terms of the Protective Order issued in this case.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16.  I will provide timely disclosure if any such material comes to light.  Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries.  I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial.  *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975).  I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules.  Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

Sincerely,

/s/ *Monica A. Stump*
Monica A. Stump
Assistant United States Attorney

Enclosure(s)

2