UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No.: 21-cr-00079-BAH |
| v. : | |
| KEVIN JAMES LYONS, : | |
| Defendant. : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its July 30, 2021, discovery letter, memorializing discovery sent on this same day, which is served as an attachment via ECF on counsel for Defendant.

Date: August 2, 2021

                                                Respectfully submitted,

                                                CHANNING D. PHILLIPS
                                                Acting United States Attorney
                                                D.C. Bar No. 415793

                                                By:  *s/ Monica A. Stump*
                                                MONICA A. STUMP
                                                PA Bar No. 90168
                                                Assistant United States Attorney
                                                District of Columbia
                                                Capitol Riot Detailee
                                                555 4th Street, NW,
                                                Washington, D.C. 20530
                                                Telephone No. (618) 622-3860
                                                Monica.stump@usdoj.gov