UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No. 21-cr-79 (BAH) |
| : | |
| **KEVIN JAMES LYONS,** : | |
| : | |
| **Defendant.** : | |

**ORDER**

Based upon the representations in the Joint Motion to Continue September 30, 2021 Status Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the Court makes the following findings:

Defendant is charged by indictment with offenses related to crimes that occurred at the United States Capitol on January 6, 2021. The parties have begun formal plea negotiations in an effort to resolve the case without a trial. The United States also continues to provide individualized discovery to Defendant as well as discovery generated from other sources. The parties have moved this Court jointly for a continuance of the Status Hearing set on September 30, 2021, to afford them additional time to disclose and review discovery and to engage in plea negotiations. The parties also requested that this Court toll the Speedy Trial Act from the date this Court enters an Order on this motion through and including the date of the next Status Hearing.

The Court agrees that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A) based on the factors described in 18 U.S.C. § 3161(h)(7)(B)(i)(ii) and (iv).

Therefore, it is this _____ day of _____, 2021,

**ORDERED** that the Joint Motion to Continue September 30, 2021 Status Hearing and to

Exclude Time Under the Speedy Trial Act is hereby GRANTED; it is further

**ORDERED** that this proceeding is continued to _____, 2021, at _____; and it is further

**ORDERED** that the time period from the date of this Order through and including the date of the next hearing is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

_____
THE HONORABLE BERYL A. HOWELL
CHIEF UNITED STATES DISTRICT JUDGE