# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-CR-79-BAH** |
| | : | |
| **KEVIN JAMES LYONS,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT RESPONSE TO MINUTE ORDER

The undersigned parties hereby jointly respond to the Minute Order dated May 27, 2022, directing the parties to "inform the Court by June 3, 2022," whether any outstanding plea offer will have expired by June 10, 2022, and, if so, provide the Court with three proposed trial dates.

In accordance with the Minute Order, the parties hereby notify the Court that the government has extended a plea offer to the defendant that has not expired. To allow sufficient time for the Defendant to consider the plea offer, the parties will separately move this Court for a 60-day continuance of the Status Conference set for June 10, 2022.

Respectfully submitted,

_____/s/_____
Lawrence Wolf Levin
Law Office of Lawrence
Wolf Levin
214 Ohio Street #5
Chicago, IL  60654
312-236-7543
lwlwolflaw@gmail.com


and


MATTHEW M. GRAVES
United States Attorney

        DC Bar No. 481052

By:   /s/ *Benjamin Kringer*
      Benjamin E. Kringer
      Detailed to the U.S. Attorney's Office
      for the District of Columbia
      D.C. Bar No. 482852
      601 D St NW
      Washington, DC  20579
      benjamin.kringer2@usdoj.gov
      (202) 598-0687