UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-CR-79-BAH |
| | : | |
| **KEVIN JAMES LYONS,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION TO CONTINUE THE JUNE 10, 2022 STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The undersigned parties hereby move this Court for a 60-day continuance of the Status Conference set for June 10, 2022, and also move to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv). In support of the motion, the parties state as follows:

1. Defendant is charged by Indictment with offenses related to crimes that occurred at the United States Capitol on January 6, 2021.

2. Since our last filing the parties have continued to work on resolving this case without a jury trial. Defense counsel has informed the Government that additional time is needed to work through the plea offer with the Defendant.

3. Additionally, the parties note that the United States has provided voluminous discovery in this case, and the Defendant needs additional time to review the discovery to fully evaluate the plea offer.

4. On June 1, 2022, the parties conferred on the case status and agreed that a 60-day continuance of the Status Conference set for June 10, 2022, would assist the parties in

reviewing and discussing the formal plea offer. The parties also agreed to toll the Speedy Trial Act from the date this Court enters an Order on this motion through and including the date of the next Status Conference.

5. Defense counsel has indicated that he will likely be out of the office at the end of July, returning on August 1, 2022. To comply with the requirements of this Court's Standing Order, the parties propose that the Status Conference be rescheduled to the following week, on August 10, 11, or 12, 2022.

Accordingly, the parties respectfully request this Court grant a 60-day continuance of the Status Conference set for June 10, 2022, and exclude the time within which the trial must commence under the Speedy Trial Act through and including the date of the next hearing on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and Defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

Respectfully submitted,

_____/s/_____
Lawrence Wolf Levin
Law Office of Lawrence
Wolf Levin
214 Ohio Street #5
Chicago, IL  60654
312-236-7543
lwlwolflaw@gmail.com

and

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:    /s/ *Benjamin Kringer*
       Benjamin E. Kringer
       Detailed to the U.S. Attorney's Office
       for the District of Columbia
       D.C. Bar No. 482852
       601 D St NW
       Washington, DC  20579
       benjamin.kringer2@usdoj.gov
       (202) 598-0687