**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 21-CR-79-BAH** |
| | : | |
| **KEVIN JAMES LYONS,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based upon the representations in the Joint Motion to Continue the June 10, 2022 Status Conference and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the Court agrees that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A) based on the factors described in 18 U.S.C. § 3161(h)(7)(B)(i) (ii) and (iv).

Therefore, it is this _____ day of _____, 2022,

**ORDERED** that the Joint Motion to Continue the June 10, 2022 Status Conference and to Exclude Time Under the Speedy Trial Act, is GRANTED; it is further

**ORDERED** that this proceeding is continued to _____, 2022, at _____ _____; and it is further

**ORDERED** that the time from the date of this Order through and including the date of the next hearing is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

_____
THE HONORABLE BERYL A. HOWELL
CHIEF UNITED STATES DISTRICT JUDGE