UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : Case No.: 21-cr-79 (BAH) |
| KEVIN JAMES LYONS, | : |
| | : |
| | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Detailee, Attorney Maria Y. Fedor, who may be contacted by telephone at 202-353-7366 or email at Maria.Fedor2@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States. This appearance is in place of Assistant United States Attorney Benjamin Kringer.

                            Respectfully submitted,

                            MATTHEW M. GRAVES
                            United States Attorney
                            D.C. Bar No. 481052

By:   /s/ *Maria Y. Fedor*
        MARIA Y. FEDOR
        Attorney, Detailed to the
        United States Attorney's Office
        for the District of Columbia
        DC Bar No. 985823
        555 Fourth Street, N.W.
        Washington, DC 20530
        Maria.Fedor2@usdoj.gov
        (202) 353-7366

## CERTIFICATE OF SERVICE

On this 27th day of July 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Maria Y. Fedor*
MARIA Y. FEDOR
Attorney, Detailed to the
United States Attorney's Office
for the District of Columbia
DC Bar No. 985823
555 Fourth Street, N.W.
Washington, DC 20530
Maria.Fedor2@usdoj.gov
(202) 353-7366