UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 21-CR-79-BAH |
| | : | |
| **KEVIN JAMES LYONS,** | : | |
| **Defendant.** | : | |

## NOTICE OF UNOPPOSED MOTION TO CONTINUE STATUS HEARING AND MOTION TO CONTINUE CASE IN CHIEF

      PLEASE TAKE NOTICE that Defendant, Thomas Murphy, by his Attorney, Lawrence Wolf Levin, electronically filed the **UNOPPOSED MOTION TO CONTINUE STATUS HEARING AND MOTION TO CONTINUE CASE IN CHIEF** on August 4, 2022 before the Honorable Judge Kolar for the above—captioned matter.

                                        Respectfully submitted,


                                        /s/ LAWRENCE WOLF LEVIN
                                        LAWRENCE WOLF LEVIN

LAWRENCE WOLF LEVIN
Attorney No: 1634062
Attorney for **KEVIN LYONS**
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 60654
(312) 236-7543