UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 21-CR-79-BAH |
| | : | |
| **KEVIN JAMES LYONS,** | : | |
| **Defendant.** | : | |

## ORDER

Based upon the representations in the unopposed Motion to Continue the Status Hearing on August 12, 2022 and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the Court makes the following findings:

Defendant, Kevin Lyons, is charged by Indictment with offenses related to crimes that occurred at the United States Capitol on January 6, 2021. On August 9, 2021, this Court held an Arraignment and Status Hearing. Since then, the United States has continued to provide discovery to Defendant and expects additional disclosures in the future. The parties have also engaged in plea negotiations, but that process remains ongoing, and defense counsel has requested more time to work with his client. Accordingly, the parties filed a Joint Motion to continue the Status Hearings set for: September 30, 2021; December 3, 2021; February 11, 2022; April 8, 2022; and June 10, 2022, and further requests that this Court toll the Speedy Trial Act from the date this Court enters an Order on this motion through and including the date of the next Status Hearing.

The Court agrees that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A) based on the factors described in 18 U.S.C. § 3161(h)(7)(B)(i)(ii) and (iv).

Therefore, it is this _____ day of _____, 2022,

**ORDERED** that the unopposed Motion to Continue August 12, 2022 Status Hearing and to Exclude Time Under the Speedy Trial Act, is GRANTED; it is further

**ORDERED** that this proceeding is continued to _____, 2022, at _____; and it is further

**ORDERED** that the time from the date of this Order through and including the date of the next hearing is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

_____
The Honorable Beryl A. Howell
CHIEF UNITED STATES DISTRICT JUDGE