UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 21-CR-79-BAH |
| | : | |
| **KEVIN JAMES LYONS,** | : | |
| **Defendant.** | : | |

### NOTICE OF MOTION TO COMPELL

      PLEASE TAKE NOTICE that Defendant, Kevin Lyons, by his Attorney, Lawrence Wolf Levin, electronically filed the **MOTION TO COMPELL** on September 12, 2022 before the Honorable Judge Howell for the above—captioned matter.

      Respectfully submitted,

      /s/ LAWRENCE WOLF LEVIN
      LAWRENCE WOLF LEVIN

LAWRENCE WOLF LEVIN
Attorney No: 1634062
Attorney for **KEVIN LYONS**
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 60654
(312) 236-7543