UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-79-BAH |
| : | |
| KEVIN JAMES LYONS, : | |
| : | |
| : | |
| Defendant. : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Trial Attorney Jason M. Crawford.  Attorney Crawford will be substituting for Trial Attorney Maria Fedor.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        DC Bar No. 481052

DATED:   September 26, 2022
                               By:   /s/ *Jason M. Crawford*
                                              Jason M. Crawford
                                              Trial Attorney, Detailee
                                              DC Bar No. 1015493
                                              175 N St. NE
                                              Washington, D.C. 20002
                                              (202) 598-1099
                                              Jason.M.Crawford@usdoj.gov