UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-79-BAH |
| : | |
| KEVIN JAMES LYONS, : | |
| : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT**

The parties respectfully submit the following joint status report. On September 12, 2022, defendant Kevin James Lyons moved to compel the production of imaged copies of devices that the FBI had seized pursuant to a search warrant. ECF No. 52. Defendant also moved for a court order that would permit counsel for the defendant to tour the Speaker of the House's office suite.

On September 26, 2022, counsel for the government informed Lyons' defense counsel that the United States Capitol Police and House Sergeant at Arms had arranged for counsel in this case—and counsel in two other January 6 cases—to tour Speaker Pelosi's office suite on October 10, 2022. Defense counsel currently has a conflict on that date but is looking into whether he can change his preexisting travel plans so that he can attend on October 10. There are no other tours of Speaker Pelosi's office suite scheduled at this time.

On September 30, 2022, defense counsel received imaged copies of the devices that the FBI had seized from defendant. In light of the developments described herein, the parties agree that defendant's September 12, 2022 motion is moot.

1

                                            Respectfully submitted,

                                            MATTHEW M. GRAVES
                                            United States Attorney
                                            DC Bar No. 481052

DATED:   October 4, 2022

                                  By:     /s/ *Jason M. Crawford*
                                            Jason M. Crawford
                                            Trial Attorney, Detailee
                                            DC Bar No. 1015493
                                            175 N St. NE
                                            Washington, D.C. 20002
                                            (202) 598-1099
                                            Jason.M.Crawford@usdoj.gov


                                            /s/ *Lawrence Wolf Levin*
                                            Lawrence Wolf Levin
                                            Law Offices of Lawrence Wolf Levin
                                            214 West Ohio St.
                                            Suite 5th Floor
                                            Chicago, IL 60654
                                            312-236-7543
                                            lwlwolflaw@gmail.com