UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-79-BAH |
| | : | |
| KEVIN JAMES LYONS, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

Pursuant to the Court's October 11, 2022 Minute Order, the United States and Defendant Kevin Lyons provide the following Joint Status Report:

a.  Possibility of Early Resolution

The parties have discussed the possibility of an early resolution of this case without trial. However, Mr. Lyons rejected the plea agreement proposed by the United States.

b.  Speedy Trial Act

The parties stipulate and agree that the Court should find that the time between October 14, 2022 and the trial of this matter shall be excluded under the Speedy Trial Act, in the interests of justice. The Court should find that period of time excludable under 18 U.S.C. § 3161(h)(1) & (7)(A). The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, for reasons including that Mr. Lyons and his counsel have sufficient time to review the discovery in this case and fully prepare for trial.

c.  Motions Schedule

The parties propose May 1, 2023 as the deadline to file pretrial motions and June 1, 2023 as the deadline for responses.

d.  Trial

1

The parties believe that this case will require a jury trial that may take four to five days. The parties propose trial to commence on August 1, 2023; September 1, 2023; or October 1, 2023.

                                            Respectfully submitted,

                                            MATTHEW M. GRAVES
                                            United States Attorney
                                            DC Bar No. 481052

DATED:   October 11, 2022

                              By:     /s/ *Jason M. Crawford*
                                            Jason M. Crawford
                                            Trial Attorney, Detailee
                                            DC Bar No. 1015493
                                            175 N St. NE
                                            Washington, D.C. 20002
                                            (202) 598-1099
                                            Jason.M.Crawford@usdoj.gov


                                            /s/ *Lawrence Wolf Levin*
                                            Lawrence Wolf Levin
                                            Law Offices of Lawrence Wolf Levin
                                            214 West Ohio St.
                                            Suite 5th Floor
                                            Chicago, IL 60654
                                            312-236-7543
                                            lwlwolflaw@gmail.com