UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No. 21-cr-79-BAH |
| : | |
| KEVIN JAMES LYONS,   : | |
| : | |
| : | |
| Defendant.   : | |

## JOINT STATUS REPORT

The United States and Defendant Kevin Lyons provide the following Joint Status Report in response to the Court's October 12, 2022 Minute Order directing that the parties provide the Court with three proposed trial dates between December 5, 2022 and February 17, 2023 or—if parties are unable to propose dates in this timeframe—submit a detailed notice of the trials for which they are scheduled to appear during this time.

a.   Defense's Position

Defense counsel is a solo-practitioner with the following matters currently scheduled for trial in Illinois in the coming months:

| Current Trial Date | Case |
|---|---|
| 12/12/2022 | *People v. McNeal*, 19 CR 1174301 |
| 1/9/2023 | *US v. Nesbitt*, 19-cr-00377 |
| 1/12/2023 | *People v. Maurry*, TU-029-910 |
| 1/23/2023 | *People v. Johnson*, 18-CR-15649 |
| 2/21/2023 | *US v. Woods*, 19-cr-00417 |

Complicating the schedule is the fact that defense counsel suffered a back injury which may necessitate surgery. Defense counsel hopes to have more information about the necessary

1

course of treatment following a doctor's appointment scheduled for November 9, 2022. Accordingly, defense counsel respectfully requests that the Court schedule trial in this matter to commence on March 13, 2023, March 20, 2023, or April 3, 2023.  In connection with these proposed trial dates, the deadline for the parties to file pretrial motions would be February 13, 2023 and responses would be due March 1, 2023.

    b.    <u>Government's Position</u>

In light of defense counsel's representations regarding his current trial schedule and health issues, the government consents to the dates proposed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

DATED:  October 13, 2022

By:    <u>/s/ *Jason M. Crawford*</u>
Jason M. Crawford
Trial Attorney, Detailee
DC Bar No. 1015493
175 N St. NE
Washington, D.C. 20002
(202) 598-1099
Jason.M.Crawford@usdoj.gov

<u>/s/ *Lawrence Wolf Levin*</u>
Lawrence Wolf Levin
Law Offices of Lawrence Wolf Levin
214 West Ohio St.
Suite 5th Floor
Chicago, IL 60654
312-236-7543
lwlwolflaw@gmail.com