UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 21-CR-79-BAH |
| | : | |
| **KEVIN JAMES LYONS,** | : | |
| **Defendant.** | : | |

### STATUS REPORT ON BEHALF OF KEVIN LYONS

Now comes the Defendant, Kevin Lyons, by his attorney, Lawrence Wolf Levin, and in response to the Court's Order relative to setting this matter on February 6, 2023 for trial, Defendant states as follows:

1. That Counsel for the defendant, Lawrence Wolf Levin, is scheduled for trial for *United States v. Nesbitt*, 19-CR-00377, before the Honorable Judge Tharp, in the Northern District of Illinois on January 9, 2023; a murder trial before Judge Geraldine D'Souza set to start on January 23, 2023, in the Cook County Courts; and *United States v. Woods*, 19-CR-00417, set to start trial on February 21, 2023 before the Honorable Sara Ellis in the Northern District of Illinois; and *United States v. Burton,* 21-cr-00098-PPS-JPK, in the Northern District of Indiana before the Honorable Philip Simon, originally set to start trial on November 7, 2022, but due to another co-counsel's family's health problem, to be reset November 18, 2022.

2. As previously stated, Counsel is a sole-practitioner, and as a result is trying to prepare the matters for trial in accordance with the differing Courts setting and the necessary preparation.

1

3. That Counsel is requesting that rather than set this matter for trial on February 6, 2023 that it be continued to March 6, 2023 in order to allow Counsel to participate in other trials previously set and properly prepare for the matter before this Court.

4. That Counsel suffered a back injury which may necessitate surgery. Counsel hopes to have more information about the necessary course of treatment following a doctor's appointment scheduled for November 9, 2022.

5. Accordingly, Defense Counsel respectfully request that the Court set the trial in this matter on March 6, 2023, as opposed to February 6, 2023.

6. That in consultation with the attorney for the Government, the Government has no objection to this request.

Respectfully submitted,

/s/Lawrence Wolf Levin
Attorney for: **KEVIN LYONS**
Law Offices of Lawrence Wolf Levin
214 W. Ohio Street, 5th Floor
Chicago, Illinois 60654
(312) 236-7543
lwlwolflaw@gmail.com