UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-79-BAH |
| : | |
| KEVIN JAMES LYONS, : | |
| : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT
& JOINT MOTION REGARDING TRIAL DEADLINES**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Kevin Lyons, by and through his counsel (collectively, "the parties"), file this joint status report.

As indicated in the December 2, 2022 joint status report, the parties have agreed to conduct a stipulated trial in lieu of a traditional trial by jury. The parties have so agreed because a stipulated trial will conserve the Court's and the parties' resources by avoiding the time and effort of putting on a fulsome trial by jury while preserving the defendant's appeal rights. Accordingly, the parties respectfully submit the following attachments to this joint status report: (1) statement of facts for stipulated trial to which defendant has agreed, and (2) defendant's agreement and waiver of jury rights.

Defense counsel is scheduled to have back surgery this month and will not be cleared to travel for several weeks following surgery. The parties therefore respectfully move the Court to (1) vacate the scheduling order that the Court issued on October 13, 2022 and (2) schedule the stipulated trial to occur during the week of February 6, 2023.

1

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        DC Bar No. 481052

DATED:   December 16, 2022

                              By:    /s/ *Jason M. Crawford*
                                        Jason M. Crawford
                                        Trial Attorney, Detailee
                                        DC Bar No. 1015493
                                        175 N St. NE
                                        Washington, D.C. 20002
                                        (202) 598-1099
                                        Jason.M.Crawford@usdoj.gov

                                        /s/ *Lawrence Wolf Levin*
                                        Lawrence Wolf Levin
                                        Law Offices of Lawrence Wolf Levin
                                        214 West Ohio St.
                                        Suite 5th Floor
                                        Chicago, IL 60654
                                        312-236-7543
                                        lwlwolflaw@gmail.com