**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 21-CR-79-BAH** |
| **v.** | : | |
| | : | |
| **KEVIN JAMES LYONS,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |


<u>**NOTICE OF ATTORNEY SUBSTITUTION**</u>

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Sean P. McCauley is entering his appearance in the above-captioned matter as counsel for the United States. The undersigned further informs the court that the prior counsel for the United States, Trial Attorney Jason Crawford, will no longer be appearing on this case as he is leaving the Department of Justice effective close of business today.

Respectfully submitted,

DATED: January 6, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/ Sean P. McCauley
Sean P. McCauley
NY Bar No. 5600523
Assistant United States Attorney
601 D Street NW
Washington, DC 20579
(202)252-1897
Sean.McCauley@usdoj.gov