UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-CR-79-BAH |
| | : | |
| **KEVIN JAMES LYONS,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

The United States and Defendant Kevin Lyons provide the following Joint Status Report in response to the Court's January 12, 2023, Minute Order directing the parties to show cause why the pre-trial conference scheduled shout not be vacated.

The parties now inform the Court that, in the past few weeks, defense counsel had surgery following a back injury. *See* ECF 60 (10/13/2022 Joint Status Report). Defense counsel needs time to recover before he is able to safely travel to Washington, D.C., for the stipulated trial in this case. On January 12, 2023, defense counsel spoke to the undersigned attorney for the United States and informed him that the earliest he would be able to travel following his surgery would be the first week of March 2023. Defense counsel now requests that this Court continue this case until the first week of March 2023 or thereafter so that he may update the court on his medical status and ability to travel for the stipulated trial. Based upon defense counsel's representations, the United States does not object to this request.

Accordingly, the parties respectfully request that this Court vacate the pre-trial conference scheduled for January 20, 2023, that the Court set this case for a status hearing on March 6, 2023, or thereafter, and that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* from the date this Court enters an Order on this motion

through and including the date of the next hearing on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and Defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By:   /s/ Sean P. McCauley
        Sean P. McCauley
        Assistant United States Attorney
        NY Bar Number 5600523
        District of Columbia
        601 D Street NW
        Washington, D.C. 20579
        sean.mccauley@usdoj.gov