**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 1:21-cr-00079-BAH** |
| | **:** | |
| **KEVIN JAMES LYONS,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF ATTORNEY APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Trial Attorney Michael J. Romano, detailed to the United States Attorney's Office for the District of Columbia, who may be contacted by telephone at (202) 415-5346 or by email at michael.romano2@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States. Mr. Romano joins Mr. McCauley, who remains assigned to the case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:     /s/ *Michael J. Romano*
MICHAEL J. ROMANO
Trial Attorney, Detailee
IL Bar No. 6293658
601 D Street, N.W., Rm. 6.1203
Washington, D.C. 20530
Telephone No. (202) 415-5346
michael.romano2@usdoj.gov