UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-79 (BAH) |
| | : | |
| KEVIN JAMES LYONS, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT
TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28**

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel, and introduced by the government in the April 7, 2023, stipulated trial in this matter. Exhibits 3-5 and 7-9 were recorded by the Defendant and obtained from his cell phone. Exhibit 6 is surveillance footage from the United States Capitol Police. The exhibits are:

1. Government Exhibit 3 is a video recorded by the Defendant and approximately one minute and twenty-three seconds in length that portrays the crowd on the West Front of the Capitol at approximately 2:00pm.

2. Government Exhibit 4 is a video recorded by the Defendant and approximately one minute and sixteen seconds in length that shows the crowd moving up the Northwest Steps on the West Front at approximately 2:10pm.

3. Government Exhibit 5 is a video recorded by the Defendant and approximately two minutes and twenty-nine seconds in length that shows the crowd moving through the Northwest Courtyard and entering the Capitol through the Senate Wing Doors at approximately 2:20pm.

4. Government Exhibit 6 is an approximately one-minute video clip from Capitol Police

1

surveillance that shows the crowd moving through the door at approximately 2:20pm.

5. Government Exhibit 7 is a video recorded by the Defendant and approximately twenty-six seconds in length that shows the crowd moving through the Crypt at approximately 2:30pm.

6. Government Exhibit 8 is a video recorded by the Defendant and approximately nine minutes and fifty-two seconds in length that shows the crowd inside of Speaker Pelosi's Office Suite and personal office between approximately 2:35-2:45pm.

7. Government Exhibit 9 is a video recorded by the Defendant and approximately forty-nine seconds in length that shows the crowd moving through the Rotunda at approximately 2:45pm.

                            Respectfully submitted,

                            MATTHEW M. GRAVES
                            UNITED STATES ATTORNEY
                            D.C. Bar No. 481052

By:    *s/ Sean P. McCauley*
        SEAN P. McCAULEY
        Assistant United States Attorney
        New York Bar No. 5600523
        United States Attorney's Office
        For the District of Columbia
        601 D. Street, NW
        Washington, DC 20530
        Sean.McCauley@usdoj.gov