UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | |
| v. ) | No. 21 CR 79 - BAH |
| ) | JUDGE BERYL A. HOWELL |
| KEVIN JAMES LYONS ) | |

### RESPONSE TO COURT'S APRIL 19, 2024, MINUTE ORDER

      In its April 19, 2024, Minute Order, the Court directed attorney Lawrence Wolf Levin to notify the Court as to the following: "his continued representation of the defendant in this matter and whether he intends to supplement defendant's *pro se* filings." The Court also instructed attorney Levin to explain why he did not file a notice of appeal in the above-captioned case. Per the Court's April 19, 2024, Minute Order, Attorney Levin responds as follows:

Attorney Levin no longer represents the defendant in this matter.

Attorney Levin does not intend to supplement the defendant's *pro se* filings.

Without divulging the content of attorney-client communications, Attorney Levin did not file a notice of appeal in the above-captioned case because, after Attorney Levin and his paralegal consulted with defendant about appealing and informed defendant about the time-constraints of filing a notice of appeal, defendant did not instruct Attorney Levin to file a notice of appeal.[1]

---

[1] If the Court finds that defendant waived attorney-client privilege by filling his 2255 motion and accompanying affidavit, Attorney Levin will provide more specific information regarding his conversations with defendant about an appeal.