UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 21 CR 79 – BAH |
| ) | JUDGE BERYL A. HOWELL |
| KEVIN JAMES LYONS ) | |

## RESPONSE TO COURT'S APRIL 19, 2024, MINUTE ORDER

In its April 19, 2024, Minute Order, the Court directed attorney Lawrence Wolf Levin to notify the Court as to the following: "his continued representation of the defendant in this matter and whether he intends to supplement defendant's pro se filings." The Court also instructed attorney Levin to explain why he did not file a notice of appeal in the above-captioned case. Per the Court's April 19, 2024, Minute Order, Attorney Levin responds as follows:

Attorney Levin no longer represents the defendant in this matter.

Attorney Levin does not intend to supplement the defendants *pro se* filings.

Without divulging the content of attorney-client communications, Attorney Levin did not file a notice of appeal in the above-captioned case because, after Attorney Levin and his paralegal consulted with defendant about appealing and informed defendant about the time-constraints of filing a notice of appeal, defendant did not instruct Attorney Levin to file a notice of appeal.[1]

Respectfully submitted,

*/s/ Lawrence Wolf Levin*
LAWRENCE WOLF LEVIN

LAWRENCE WOLF LEVIN
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 1634062
(312) 236-7543

---

[1] If the Court finds that defendant waived attorney-client privilege by filling his 2255 motion and accompanying affidavit, Attorney Levin will provide more specific information regarding his conversations with defendant about an appeal.