UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 21 CR 79 – BAH |
| ) | JUDGE BERYL A. HOWELL |
| KEVIN JAMES LYONS ) | |

## SUPPLEMENTAL RESPONSE TO COURT'S APRIL 19, 2024, MINUTE ORDER

Attorney Lawrence Wolf Levin respectfully supplements his Response to Court's April 19, 2024, Minute Order, R. 101, with the following information related to the Court's inquiry as to why Attorney Levin did not file a notice of appeal in the above-captioned case:

As set forth in his initial response, Attorney Levin stated, "Without divulging the content of attorney-client communications, Attorney Levin did not file a notice of appeal in the above captioned case because, after Attorney Levin and his paralegal consulted with defendant about appealing and informed defendant about the time-constraints of filing a notice of appeal, defendant did not instruct Attorney Levin to file a notice of appeal."[1] R. 101.

Prior to submitting the above response Attorney Levin ordered the sentencing transcript in the above-captioned case, however, he did not receive a copy of the transcript until after his response was submitted. As a result, in support of his previous response, Attorney Levin provides the following supplemental information.

During the July 14, 2023, sentencing, after the Court advised defendant of his right to appeal, Mr. Levin, per defendant's instruction and in the defendant's presence, advised the Court that defendant did not want to file an appeal in this case. S.Tr. p. 51, lines 22-25; p. 52, lines 1-5. As reflected in the sentencing transcript, the following interaction took place:

MR. LEVIN:   May I make another point, please?

COURT:   Yes.

MR. LEVIN:   **Mr. Lyons has indicated to me that he does not wish to appeal anything relative to the Court in this particular matter, including sentence.** I wanted to apprise the Court of that at this particular point. He also wishes me to thank the Court and, once again, apologize for his egregious conduct.

COURT:   Thank you.

---

[1] If the Court finds that defendant waived attorney-client privilege by filling his 2255 motion and accompanying affidavit, Attorney Levin will provide more specific information regarding his conversations with defendant about an appeal.

Respectfully submitted,

*Lawrence Wolf Levin*
LAWRENCE WOLF LEVIN

LAWRENCE WOLF LEVIN
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 1634062
(312) 236-7543