# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 21-00079 (BAH) |
| ) | |
| KEVIN JAMES LYONS ) | |
| ) | |
| Petitioner-Defendant ) | |

## NOTICE OF APPEARANCE

Per this Court's appointment in response to Petitioner-Defendant's Motion to Appoint Counsel [Dkt. #99], please enter the appearance of Assistant Federal Public Defender Rosanna M. Taormina on behalf of Mr. Lyons in the above-referenced matter.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

_____/s/_____
Rosanna M. Taormina
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500
Rosanna_M_Taormina@fd.org