# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN JAMES LYONS,<br><br>Defendant. | Criminal Action No. 21-00079<br><br>Judge Beryl A. Howell |

## ORDER

Upon consideration of defendant Kevin James Lyons's *pro se* Motion for Release, ECF No. 100, pending resolution of his *pro se* Motion to Vacate Judgment Under 28 U.S.C. § 2255 ("§ 2255 Motion"), ECF No. 98, as supplemented and restyled by his counseled Supplemental Motion for Release ("Def.'s Suppl. Mot."), ECF No. 110, the legal memoranda in support and in opposition and consideration of the entire record, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motions for Release pending resolution of his § 2255 Motion, ECF Nos. 100 and 110, are **GRANTED**, prospectively, as of August 28, 2024; it is further

**ORDERED** that defendant be released from the custody of the U.S. Bureau of Prisons on August 28, 2024, and until further order of this Court; it is further

**ORDERED** that defendant report to the U.S. Probation Office in his district of residence within 48 hours of release; and it is further

**ORDERED** that defendant's conditions of release pending resolution of his § 2255 Motion and until further order of this Court be the same as those set forth in the previously entered Judgment, *see* Judgment at 4–7, ECF No. 94.

**SO ORDERED.**

Date: August 22, 2024

                                                **BERYL A. HOWELL**
                                                United States District Judge