UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-79 (BAH) |
| v. : | |
| : | |
| KEVIN JAMES LYONS, : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT**

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Kevin Lyons, by and through his attorney, hereby submit this response to the Court's November 26, 2024 order. The defense intends to call three witnesses at the December 12, 2024 evidentiary hearing: Kevin Lyons, A.J. Kramer, and FPD Investigator Ronald Sanders. The defense additionally intends to introduce a short affidavit from Mr. Lyons' mother, who will also be available by video for the hearing if necessary. The defense anticipates that the testimony of their witnesses will take two hours. The government intends to call two witnesses: Lawrence Levin and Shelby Peavey, Mr. Levin's paralegal. The government also anticipates that the testimony of its witnesses will also take two hours. The hearing is, therefore, expected to take four total hours.

\* \* \*

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 | A.J. KRAMER<br>Federal Public Defender |

By: *s/ Sean P. McCauley*
SEAN P. McCAULEY
Assistant United States Attorney
New York Bar No. 5600523
United States Attorney's Office
For the District of Columbia
601 D Street, NW
Washington, DC 20530
Sean.McCauley@usdoj.gov

By: ___/s/___
Rosanna M. Taormina
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202)208-7500
Rosanna_M_Taormina@fd.org

s/*Michelle M. Peterson*
MICHELLE M. PETERSON
First Assistant Federal Defender
625 Indiana Avenue N.W., Suite 550
Washington, D.C. 20004
(202)208-7500
Shelli_Peterson@fd.org