IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 21-00079 (BAH) |
| ) | |
| KEVIN JAMES LYONS ) | |
| ) | |
|      Petitioner-Defendant ) | |

**DEFENSE'S REQUEST FOR EXTENSION OF TIME TO FILE STATUS REPORT**

     Petitioner-Defendant Kevin James Lyons, through undersigned counsel, respectfully submits this request for a brief extension of time, to January 7, 2024, to file the status report ordered by the Court at the December 12, 2024 hearing in this matter. The government has indicated to undersigned counsel that it will be requesting a full resentencing hearing, as opposed to a simple amendment of Mr. Lyons' judgment, in light of the Court's vacatur of Mr. Lyons' conviction under 18 U.S.C. § 1512(c)(2). Accordingly, undersigned counsel needs additional time to consult with colleagues (most of whom are currently on leave) about the future of Mr. Lyons' § 2255 challenge to his 18 U.S.C. § 1752 misdemeanor convictions, in light of the pendency of *Griffin* (pending petition for rehearing) and *United States v. Ballenger & Price*, Nos. 23-3198, 23-3199 (D.C. Cir.) (involving issues raised but not decided in *Griffin*). Undersigned counsel apologizes for any inconvenience to the Court this request may cause.

     The government does not join the defense's request for an extension and defers to the Court on the request. It is unclear to undersigned counsel whether, in light of this, the government intends to file its own status report by today's due date.

     WHEREFORE, the defense respectfully requests that its motion for extension of time to file its portion of the joint status report ordered by the Court, to and including January 7, 2025, be granted.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
Rosanna M. Taormina
Assistant Federal Public Defender

Michelle Peterson
First Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500