UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-79 (BAH) |
| v. : | |
| : | |
| KEVIN JAMES LYONS, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this response to the Court's December 12, 2024, minute order directing the parties to file a joint status report by December 23, 2024.[1] This Court had instructed the parties to report whether the United States would seek resentencing of Mr. Lyons, when his term of supervised release would commence, and whether the defense would pursue its collateral attack against the defendant's misdemeanor convictions. The United States responds to the Court's order as follows:

Consistent with its position in similar cases, and because the United States believes that an upward variance would be appropriate for sentencing on the defendant's remaining misdemeanor convictions under Section 1752(a), the United States will seek resentencing of the defendant. In open court, the United States Probation office advised that the defendant's term of supervised release had commenced; therefore, the government views this issue as resolved. The United States

---

[1] On December 20, the United States contacted opposing counsel concerning the joint status report and was advised that the defense "may need more time" to file its report and, presumably, to provide its position to the United States. On December 23, in response to follow-up from the United States, opposing counsel advised the defense "would likely" be filing a motion to extend the deadline for the joint status report. The motion was filed at approximately noon on December 23, 2024. Accordingly, in an effort to comply with this Court's order and not presuming what how the Court will decide the motion to extend, the United States submits the instant filing in an effort to comply with this Court's order.

1

has not been informed of the defendant's position regarding continued pursuit of his collateral attack with respect to the misdemeanor counts.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481052

By:    *s/ Sean P. McCauley*
        SEAN P. McCAULEY
        Assistant United States Attorney
        New York Bar No. 5600523
        United States Attorney's Office
        For the District of Columbia
        601 D Street, NW
        Washington, DC 20530
        Sean.McCauley@usdoj.gov

        KAREN E. ROCHLIN
        D.C. Bar No. 394447
        Assistant U.S. Attorney Detailee
        601 D Street, N.W.
        Washington, DC 20530
        (786)972-9045
        Karen.Rochlin@usdoj.gov