**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.   ) | Cr. No. 21-00079 (BAH) |
| ) | |
| **KEVIN JAMES LYONS** ) | |
| ) | |
| **Petitioner-Defendant** ) | |

## DEFENSE'S STATUS REPORT

Petitioner-Defendant Kevin James Lyons, through undersigned counsel, respectfully submits this status report ordered by the Court at the December 12, 2024 hearing in this matter, and extended upon the defense's request by Minute Order, issued December 23, 2024.

In light of Mr. Lyons' continued sentencing exposure given the government's intent to request a full resentencing following the Court's vacatur of Mr. Lyons' conviction under 18 U.S.C. § 1512(c)(2), undersigned counsel do not feel comfortable advising Mr. Lyons to dismiss his misdemeanor challenges until they are able to review the D.C. Circuit's resolution of *United States v. Griffin*, No. 22-3042 (pending petition for rehearing), and *United States v. Ballenger & Price*, Nos. 23-3198, 23-3199 (D.C. Cir.) (involving issues raised but not decided in *Griffin*). The defense thus respectfully requests that the remainder of Mr. Lyons' § 2255 motion continue in abeyance pending the D.C. Circuit's resolution of *Griffith* and *Ballenger & Price*. Undersigned counsel apologize for any inconvenience to the Court this may cause.

    Respectfully submitted,

    A.J. KRAMER
    Federal Public Defender

    _____/s/_____
    Rosanna M. Taormina
    Assistant Federal Public Defender

Michelle Peterson
First Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

2